■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON ROACH, Appellant. (Appeal No. 2.) [768 NYS2d 878]—Appeal from a judgment of Monroe County Court (Geraci, Jr., J.), entered January 11, 2002, convicting defendant after a jury trial of criminal sale of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Roach* (2 AD3d 1389 [2003]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Gorski, JJ.